ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION
FILED IN OFFICE
8:30 __ m.
Oct 25 20__
Deputy Clerk

| | |
|---|---|
| WAYMON GREENE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 311-023 |
| ) | |
| FNU ROSIER, Warden, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Defendants Wheeler Correctional Facility and Warden Kemp are **DISMISSED** from this case.

SO ORDERED this 25th day of October, 2011, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE